United States District Court
Southern District of Texas
FILED

JUN 1 3 2015

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.
Joaquina FERRAL-Jonguitud
(YOB: 1975) MX

**CRIMINAL COMPLAINT**

Case Number: M-15-0960-M

I, Antonio Perez IV., the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __June 12, 2015__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

i. knowingly conspire to possess with intent to distribute a controlled substance. The controlled substance involved was approximately 11.32 kilograms of methamphetamine, a Schedule II controlled substances; and
ii. knowingly and intentionally possess with the intent to distribute approximately 11.32 kilograms of methamphetamine, a Scheduled II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841 and 846__.

I further state that I am a(n) __HSI Special Agent__ (Official Title) And that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:  ☒ Yes   ☐ No

_____
Signature of Complainant

Antonio Perez IV , HSI
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 13, 2015                   4:09 pm at   McAllen, Texas
Date                                          City and State

U.S. Magistrate Judge Peter Ormsby         _____
Name and Title of Judicial Officer          Signature of Judicial Officer

## Attachment "A"

On June 12, 2015, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a duty call from the U.S. Customs and Border Protection, Office of Fields Operations (CBP/OFO) at the Hidalgo, Texas Port of Entry. Joaquina FERRAL-Jonguitud attempted to enter the United States from the United Mexican States with 11.32 kilograms of methamphetamines concealed in a non-factory compartment in the rocker panels of a 2007 red Jeep Compass.

On June 12, 2015, a 2007 red Jeep Compass displaying Mexican license plates 934TPN6 arrived at an inspection lane at the Hidalgo Port of Entry which was manned by CBP Officer (CBPO) J. Gaytan. CBPO Gaytan obtained a negative declaration from the FERRAL. CBPO J. Gaytan referred FERRAL to secondary for further inspection.

At secondary CBPO J. Gaytan obtained a second negative declaration from FERRAL. CBPO D. Garcia conducted a non-intrusive inspection of the vehicle utilizing the VACIS (X-ray) system. CBPO D. Garcia observed anomalies in the rocker panels of the vehicle. A further inspection resulted in the discovery of packages in the rocker panels. A field test revealed that the substance inside the packages and was a positive match for methamphetamines. HSI Special Agent (SA) A. Perez advised CBPO officers to remove the contraband from the vehicle seats which resulted in 22 packages of methamphetamines weighing 11.32 kilograms as per the CBP scale.

HSI McAllen conducted an interview with FERRAL. Special Agent (SA) A. Perez read FERRAL her Miranda rights as witnessed by SA E. Diaz. FERRAL stated she understood her rights and voluntarily waived them in writing. FERRAL made the following non-verbatim statements that have been paraphrased and may not be in the order in which she gave them:

FERRAL stated she was aware the vehicle contained narcotics. FERREL claimed she did not know the type of narcotic's she was transporting. FERRAL was expecting a payment of $2,000.00 dollars for transporting the narcotic's from Reynosa, Tamaulipas, Mexico to McAllen, Texas.